IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01592-BNB

CHRISTOPHER TRIPLETT,

    Applicant,

v.

R. GARCIA,

    Respondent.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 0 9 2009

GREGORY C. LANGHAM
CLERK

_____

ORDER TO FILE PRELIMINARY RESPONSE

_____

Applicant, Christopher Triplett, is in the custody of the United States Bureau of

Prisons (BOP) at the Federal Prison Camp in Florence, Colorado.  Mr. Triplett initiated

this action by filing a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28

U.S.C. § 2241.

As part of the preliminary consideration of the Application for a Writ of Habeas

Corpus Pursuant to 28 U.S.C. § 2241 in this case, the Court has determined that a

limited Preliminary Response is appropriate.  Respondent is directed pursuant to

*Redmon v. Wiley*, 550 F. Supp. 2d 1275 (D. Colo. 2008), and Rule 4 of the Rules

Governing Section 2254 Cases in the United States District Courts, to file a Preliminary

Response limited to addressing the affirmative defense of exhaustion of administrative

remedies.  If Respondent does not intend to raise this affirmative defense, Respondent

must notify the Court of that decision in the Preliminary Response.  Respondent may

not file a dispositive motion as a Preliminary Response, or an Answer, or otherwise

address the merits of the claims in response to this Order.

In support of the Preliminary Response, Respondent should attach as exhibits copies of any administrative grievances Mr. Triplett has filed raising the issues asserted in the Application, as well as any responses to those grievances. Mr. Triplett may reply to the Preliminary Response and provide any information that might be relevant to his efforts to exhaust administrative remedies. Accordingly, it is

ORDERED that **within twenty days from the date of this Order** Respondent shall file a Preliminary Response that complies with this Order. It is

FURTHER ORDERED that **within twenty days of the filing of the Preliminary Response** Mr. Triplett may file a Reply, if he desires. It is

FURTHER ORDERED that if Respondent does not intend to raise the affirmative defense of exhaustion of administrative remedies, Respondent must notify the Court of that decision in the Preliminary Response.

DATED July 9, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  09-cv-01592-BNB

Christopher Triplett
Reg No. 30943-044
FCI - Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

R. Garcia
c/o Christopher B. Synsvoll
Attorney Advisor
**DELIVERED ELECTRONICALLY**

United States Attorney General  **- CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Chris Snysvoll for service of process on R. Garcia; The United States Attorney General; and to the United States Attorney's Office: APPLICATION FOR WRIT OF HABEAS CORPUS FILED 7/7/09 on 7/9/09 .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk